SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Carapanos Properties, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>Carapanos Properties, LLC,<br><br>       Defendants. | Case No. **2:12-cv-00925-JAM-CKD**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 15, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER |

    Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Carapanos Properties, LLC, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants are granted an extension until June 15, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than June 15, 2012.

IT IS SO STIPULATED effective as of May 24, 2012.

Dated:  May 24, 2012          _/s/ Cris C. Vaughan_____
                               Cris C. Vaughan,
                               Attorney for Defendant,
                               Carapanos Properties,
                               LLC


Dated:  May 24, 2012          _/s/ Scott N. Johnson_____
                               Scott N. Johnson,
                               Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**


Dated: 5/24/2012                     /s/ John A. Mendez_____
                                     U.S. District Court Judge

STIPULATION RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com